`UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                             Case No. 2:17-mj-2
                                                                                               HON. TIMOTHY P. GREELEY

JOHN RAMON HAUK, JR.,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on January 30, 2017, for an initial appearance on the criminal complaint dated January 27, 2017 (ECF #1).

The government moved for detention supported by pretrial services.

Defendant was advised of the charges as well as his rights to probable cause hearing and detention hearing, counsel will confer with the Courtroom Deputy to schedule hearing before the end of the week.

For reasons stated on the record defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                          */s/ Timothy P. Greeley*
                                                          TIMOTHY P. GREELEY
                                                          UNITED STATES MAGISTRATE JUDGE

Dated: January 30, 2017